UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE EDMOND WILSON,

    Plaintiff,

v.                                                                                          Case No. 23-10863

JOSEPH, *et al.*,                                                            Sean F. Cox
                                                                                   United States District Court Judge

    Defendants.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 19) AND DENYING MOTION FOR INJUNCTIVE RELIEF

    Plaintiff Dwayne Edmond Wilson filed this *pro se* prisoner civil rights action, asserting claims against Defendants. This matter was referred to Magistrate Judge Curtis Ivy, Jr. for all pretrial proceedings.

    In a Report and Recommendation issued on January 8, 2024, Magistrate Judge Ivy recommends that the Court deny Plaintiff's Motion for Injunctive Relief.

    The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the January 8, 2024 Report and Recommendation and **ORDERS** that Plaintiff's Motion for Injunctive Relief is **DENIED**.

    **IT IS SO ORDERED.**

                                                                  s/Sean F. Cox
                                                                  Sean F. Cox
                                                                  United States District Judge

Dated: February 6, 2024