UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DWAYNE EDMOND WILSON,<br> Plaintiff,<br>v.<br><br>JOSEPH, *et al.*,<br> Defendants.<br>_____/ | Case No. 23-10863<br><br>Sean F. Cox<br>Chief United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION (ECF No. 73)**

Defendants moved for leave to depose Plaintiff on November 27, 2024. (ECF No. 30). The motion is **GRANTED** as it complies with Fed. R. Civ. P. 30(a)(2), which requires leave of the Court to depose an incarcerated individual. The Court addresses this motion now, before Plaintiff has the opportunity to respond, because discovery closes on January 8, 2025, so time is of the essence, and because the Court must grant leave consistent with Fed. R. Civ. P. 30(a)(2) and 26(b)(1) and (2). The Michigan Department of Corrections is ordered to produce Plaintiff for his deposition. The deposition must take place at a date and time agreed upon by the parties and the correctional facility. The depositions may occur in person, by telephone, or by video teleconference.

 **IT IS SO ORDERED.**

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: December 2, 2024          s/Curtis Ivy, Jr.
                                                   Curtis Ivy, Jr.
                                                   United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on December 2, 2024.

                                                   s/Sara Krause
                                                   Case Manager
                                                   (810) 341-7850