**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DWAYNE EDMOND WILSON,

      Plaintiff,                             Civil No. 23-10863

v.                                       Hon. Denise Page Hood

JOSEPH, et al.,

      Defendants.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION (# 92),**
**GRANTING MOTION FOR SUMMARY JUDGMENT (#75)**
**AND CLOSING ACTION**

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 25, 2025. (ECF No. 92) Plaintiff Dwayne Edmond Wilson filed Objections to Report and Recommendation. (ECF No. 92) Defendants filed a Response to the Objections. (ECF No. 98)

The standard of review by the district court when examining a Report and Recommendation is set forth in 28 U.S.C.§ 636. This Court "shall make a *de novo* determination of those portions of the report or the specified proposed findings or recommendations to which an objection is made." 28 U.S.C. § 636(B)(1)(c). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the Magistrate." *Id*. To preserve the right to appeal the

Magistrate Judge's recommendation, a party must file objections to the Report and Recommendation within fourteen (14) days of service of the Report and Recommendation.  Fed. R. Civ. P. 72(b)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Restating previous arguments and filing an "objection" that does nothing more than disagree with a magistrate judge's determination, "without explaining the source of the error," is not considered a valid objection. *Howard,* 932 F.2d at 509.

The Magistrate Judge recommended that the claims against the remaining Defendants in this case be dismissed.  The Magistrate Judge determined that Plaintiff cannot succeed in his Eighth Amendment claims because he did not bring forth evidence to support the seriousness of his claimed injury after his fall.  The medical evidence, including x-rays, did not show the existence of a serious medical injury. The Court agrees with the Magistrate Judge that Plaintiff failed to meet the objective prong as to his Eighth Amendment claim and that claim must be dismissed.

As to his Fourteenth Amendment Due Process claim that his personal property was taken without hearing, the Court agrees with the Magistrate Judge that Michigan provides adequate post-deprivation remedies for any deprivation of property claim

including a Michigan Department of Corrections policy directive that provides prisoners with a method for seeking compensation for loss of or damages to their personal property. The Fourteenth Amendment Due Process claim must also be dismissed.

The Court also agrees with the Magistrate Judge that Plaintiff's civil conspiracy claim under Section 1983 must be dismissed. The Magistrate Judge found that Plaintiff only offered vague and conclusory testimony that a conspiracy existed between the Defendants to deprive him of medical care and his personal property. Conclusory allegations will not survive summary judgment and Plaintiff's civil conspiracy claim must be dismissed.

Plaintiff's Objections are overruled because he did not raise any specific arguments as to which part of the Magistrate Judge's report or proposed findings or recommendations he believed were in error. Plaintiff restates his claims that he was denied medical care and that his property was taken. He does not identify which specific findings and conclusions of law he does not agree with in his Objections. The Report and Recommendation specifically addressed how Objections are to be presented and labeled. (ECF No. 92, PageID.919-920. Plaintiff failed to do so and so waives his right to appeal.

After review of the Report and Recommendation, the Court finds that the

Magistrate Judge's conclusions are correct.  The Court agrees with the Magistrate Judge that Plaintiff's claims should be dismissed.

Accordingly,

IT IS ORDERED that Magistrate Judge Curtis Iv, Jr.'s Report and Recommendation **(ECF No. 92)** is  **ACCEPTED AND ADOPTED** as this Court's findings of fact and conclusions of law.  The Objections  **(ECF No. 97)** are **OVERRULED**.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment **(ECF No. 75)** is **GRANTED,** and the remaining Defendants are **DISMISSED**.

IT IS FURTHER ORDERED that this action is designated as **CLOSED** on the docket.

IT IS FURTHER ORDERED that an appeal from this order would be frivolous and would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  March 31, 2026

4